AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

      Plaintiffs,

vs.

MENU FOODS, et al

      Defendants

**SUMMONS IN A CIVIL CASE**

Case Number: 5:07cv105-DCB-JMR

TO:   Wal-Mart Stores Inc.
       702 S.W. 8th Street
       Bentonville, AR 72716-8095

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
CLERK

(By) DEPUTY CLERK

18 May 07
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____MISSISSIPPI_____

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

vs.

MENU FOODS, et al

Case Number: 5:07cv105-DCB-JMR

Defendants

TO: Menu Foods Operating Partnership
8 Falconer Drive
Streetsville, ON L5N 1B1
Canada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                              18 May 07
CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____MISSISSIPPI_____

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

      Plaintiffs,

vs.

MENU FOODS, et al

      Defendants

**SUMMONS IN A CIVIL CASE**

Case Number: 5:07cv105-DCB-JMR

TO:   Menu Foods Limited Partnership
       c/o The Corporation Trust Company
       Corporation Trust Center
       1209 Orange Street
       Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                           18 May 07
CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____MISSISSIPPI_____

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

       Plaintiffs,

vs.

MENU FOODS, et al

       Defendants

**SUMMONS IN A CIVIL CASE**

Case Number: 5:07cv105-DCB-JMR

TO: Menu Foods Income Fund
     8 Falconer Drive
     Streetsville, ON L5N 1B1
     Canada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
_____
CLERK

(By) DEPUTY CLERK

DATE: 18 May 07

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

vs.

MENU FOODS, et al

Case Number: 5:07cv105-DCB-JMR

Defendants

TO: Menu Foods
8 Falconer Drive
Streetsville, ON L5N 1B1
Canada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
CLERK

DATE 18 May 07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____MISSISSIPPI_____

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

      Plaintiffs,

vs.

MENU FOODS, et al

      Defendants

**SUMMONS IN A CIVIL CASE**

Case Number: 5:07CV105 DCB-JMR

TO:   Menu Foods South Dakota
       c/o The Corporation Trust Company
       Corporation Trust Center
       630 North Derby Lane
       North Sioux City, SD 57049

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

      Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 5/18/07

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ MISSISSIPPI

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

vs.

MENU FOODS, et al

Case Number: 5:07cv105DCB-JMR

Defendants

TO: Menu Foods Inc.
c/o The Corporation Trust Company
Corporation Trust Center
820 Bear Tavern Road
West Trenton, NJ 082628

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                   5/18/07
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____MISSISSIPPI_____

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

      Plaintiffs,

vs.

MENU FOODS, et al

      Defendants

**SUMMONS IN A CIVIL CASE**

Case Number: 5:07 CV 105 DCB-JMR

TO: Menu Foods Midwest Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
CLERK

(By) DEPUTY CLERK

5/18/07
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

vs.

MENU FOODS, et al

Case Number: 5:07cv105 DCB-JMR

Defendants

TO: Menu Foods Holdings, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
CLERK

5/18/07
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summon in a Civil Action

# UNITED STATES DISTRICT COURT

___SOUTHERN___ District of ___MISSISSIPPI___

SARAH CAVIN, Individually
And All Other Persons Similarly Situated

       Plaintiffs,

vs.

MENU FOODS, et al

       Defendants

**SUMMONS IN A CIVIL CASE**

Case Number: 5:07cv105 DCB JMR

TO:   Menu Foods Gen Par Limited
       c/o The Corporation Trust Company
       Corporation Trust Center
       1209 Orange Street
       Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY,

Bradley T. Hayes
804 State Street
Natchez, Mississippi 39120

an answer to the complaint which is herewith served upon you, 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

CLERK                                                         DATE 5/18/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action